FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELC INVESTMENTS LLC,<br>Plaintiff,<br>vs.<br>ANTHONY MARSHALL,<br>Defendant. | Case No. CV 14-2010 UA<br><br>ORDER REMANDING ACTION |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: March 28, 2014

_____
HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE